No. 74–1053.  CHERMACK v. BJORNSON, STATE TREASURER, ET AL.  Sup. Ct. Minn.  Certiorari denied. ∎

No. 74–1067.  SCHUBERT v. NATIONAL COLLEGIATE ATHLETIC ASSN., AKA NCAA, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 74–1088.  MONTEZ v. LAVINE, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 74–1089.  MARKOWITZ ET AL. v. LAVINE, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 74–1171.  GABRIEL ET AL. v. LEVIN ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 74–5560.  HENRY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 74–5660.  FULFORD v. HUNT, DIRECTOR OF INSTITUTIONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 74–5663.  FULFORD v. HUNT, DIRECTOR OF INSTITUTIONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 74–5694.  BURKE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 74–5765.  CHAPMAN v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 74–5834.  McFALL v. PENNSYLVANIA.  C. A. 3d Cir.  Certiorari denied.